220 So.2d 461

**Jerry P. HATHORN et al.**

**v.**

**The BOARD OF COMMISSIONERS OF the RED RIVER, ATCHAFALAYA, BAYOU BOEUF LEVEE DISTRICT.**

No. 49754.

April 3, 1969.

In re: Jerry P. Hathorn et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Rapides. 218 So.2d 335.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.